[No. 50736-2-I.   Division One.   September 29, 2003.]

WHIDBEY ENVIRONMENTAL ACTION NETWORK, *Appellant*, v. ISLAND COUNTY, ET AL., *Respondents*.

The opinion in the above captioned case, which appeared in the advance sheets at 118 Wn. App. 567-97, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated May 21, 2004 granting reconsideration in part and withdrawing the opinion.